## SETH GROSVENOR AND JOSEPH BRADLEY VARNUM *versus* ABRAHAM EDWARDS

JOURNAL ENTRIES (1822–23): *Journal 3:* (1) Time for filing declaration extended *p. 361; (2) judgment *p. 436.

PAPERS IN FILE: (1) Precipe for process; (2) capias and acknowledgment of service; (3) recognizance; (4) bail piece; (5) declaration; (6) plea of non assumpsit.

*1822–23 Calendar*, MS p. 86. Recorded in *Book B*, MS pp. 208–11.